UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL FIGUEROA,<br><br>　　　　　　　　　　Petitioner,<br><br>　　　　-against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>　　　　　　　　　　Respondent. | 23-CV-1278 (LTS)<br><br>ORDER DIRECTING ORIGINAL SIGNATURE AND PAYMENT OF FEE OR IFP APPLICATION |

LAURA TAYLOR SWAIN, Chief United States District Judge:

　　Petitioner, who is proceeding *pro se*, brings this petition for a writ of *habeas corpus*.

　　Rule 11(a) of the Federal Rules of Civil Procedure provides that "[e]very pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name – or by a party personally if the party is unrepresented." *See also* Local Civil Rule 11.1(a). The Supreme Court has interpreted Rule 11(a) to require "as it did in John Hancock's day, a name handwritten (or a mark handplaced)." *Becker v. Montgomery*, 532 U.S. 757, 764 (2001).

　　Furthermore, to proceed with a petition for a writ of *habeas corpus* in this Court, a petitioner must either pay the $5.00 filing fee or, to request authorization to proceed *in forma pauperis* (IFP), that is, without prepayment of fees, submit a signed IFP application. *See* 28 U.S.C. §§ 1914, 1915.

　　Petitioner submitted the petition without a signature and without the filing fee or an IFP application. Within thirty days of the date of this order, Petitioner must: (1) resubmit the signature page of the petition with an original signature; and (2) either pay the $5.00 filing fee or complete and submit the attached IFP application. A copy of the signature page of the petition and an IFP application are attached to this order. If Petitioner submits the signature page and IFP application, they should be labeled with docket number 23-CV-1278 (LTS). If the Court grants

the IFP application, Petitioner will be permitted to proceed without prepayment of fees. *See* 28 U.S.C. § 1915(a)(1).

No answer shall be required at this time. If Petitioner complies with this order, the case shall be processed in accordance with the procedures of the Clerk's Office. If Petitioner fails to comply with this order within the time allowed, the action will be dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444–45 (1962) (holding that appellant demonstrates good faith when seeking review of a nonfrivolous issue).

SO ORDERED.

Dated:  February 15, 2023
        New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge

New York Law requires that a suspected parole violator receive a preliminary hearing within fifteen days. See N.Y. Exec. Law § 259-i (3)(c)(i) & (f)(i). Upon either waiving the preliminary hearing or it being held, the final parole revocation hearing must be held in 90 days. See C.F.R. § 2.49(f).

Accordingly, Figueroa's statutory rights have been violated. His current Federal incarceration has been severely affected by this unaddressed matter, as it has prevented him from accessing several programs, and now it jeopardizes his reentry period. He is in the window to be submitted for halfway house time, something he really needs to ensure he can reintergrate back into the community without reverting back to criminal activity, he will be released from the Federal Bureau of Prisons and is subject to several years of Federal Supervised release. There is no probative value in him being denied access to a reentry period, in fact it is in the overall interest of everyone, the state, the federal government, and the community that he recieve this, so he does not re-offend. He is currently located at FCI Schuylkill and attaches several IAD request's that have already been made to the State, he pleads with this court/ agency to take the appropriate action, and immediately address this situation.

Respectfully,

_____

(2)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____

(full name of the plaintiff or petitioner applying (each person must submit a separate application))

-against-

_____ CV _____ ( ) ( )

(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

_____

(full name(s) of the defendant(s)/respondent(s))

# APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff/petitioner in this case and declare that I am unable to pay the costs of these proceedings and I believe that I am entitled to the relief requested in this action. In support of this application to proceed *in forma pauperis* (IFP) (without prepaying fees or costs), I declare that the responses below are true:

1. *Are you incarcerated?*  ☐ Yes   ☐ No   (If "No," go to Question 2.)
   I am being held at: _____

   Do you receive any payment from this institution?  ☐ Yes   ☐ No
   Monthly amount: _____

   If I am a prisoner, *see* 28 U.S.C. § 1915(h), I have attached to this document a "Prisoner Authorization" directing the facility where I am incarcerated to deduct the filing fee from my account in installments and to send to the Court certified copies of my account statements for the past six months. *See* 28 U.S.C. § 1915(a)(2), (b). I understand that this means that I will be required to pay the full filing fee.

2. Are you presently employed?  ☐ Yes   ☐ No
   If "yes," my employer's name and address are:

   Gross monthly pay or wages: _____

   If "no," what was your last date of employment? _____

   Gross monthly wages at the time: _____

3. In addition to your income stated above (which you should not repeat here), have you or anyone else living at the same residence as you received more than $200 in the past 12 months from any of the following sources? Check all that apply.

   (a) Business, profession, or other self-employment   ☐ Yes   ☐ No
   (b) Rent payments, interest, or dividends            ☐ Yes   ☐ No

|  |  |  |
|---|---|---|
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts or inheritances | ☐ Yes | ☐ No |
| (f) Any other public benefits (unemployment, social security, food stamps, veteran's, etc.) | ☐ Yes | ☐ No |
| (g) Any other sources | ☐ Yes | ☐ No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

If you answered "No" to all of the questions above, explain how you are paying your expenses:

4. How much money do you have in cash or in a checking, savings, or inmate account?

5. Do you own any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value, including any item of value held in someone else's name? If so, describe the property and its approximate value:

6. Do you have any housing, transportation, utilities, or loan payments, or other regular monthly expenses? If so, describe and provide the amount of the monthly expense:

7. List all people who are dependent on you for support, your relationship with each person, and how much you contribute to their support (only provide initials for minors under 18):

8. Do you have any debts or financial obligations not described above? If so, describe the amounts owed and to whom they are payable:

*Declaration:* I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

_____         _____
Dated                                Signature

_____         _____
Name (Last, First, MI)               Prison Identification # (if incarcerated)

_____         _____
Address          City                State        Zip Code

_____         _____
Telephone Number                     E-mail Address (if available)

IFP Application, page 2