UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANGEL FIGUEROA,<br><br>                    Petitioner,<br><br>    -against-<br><br>THE PEOPLE OF THE STATE OF NEW YORK,<br><br>                    Respondent. | 23-CV-1278 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the April 11, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   April 11, 2023
         New York, New York

                                                      /s/ Laura Taylor Swain
                                                      LAURA TAYLOR SWAIN
                                                      Chief United States District Judge